473 A.2d 664

Commonwealth v. Dana, Appellant.

 Argued February 16, 1984. Robert A. Gonos, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

586

Before CAVANAUGH, CIRILLO and WATKINS, JJ.
Judgment of sentence affirmed.